IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY EARL HISSONG, SR.,

    Plaintiff,                      No. CIV S-07-1903 MCE EFB P

    vs.

CALIFORNIA STATE, et al.,

    Defendants.               FINDINGS AND RECOMMENDATIONS

        On September 24, 2007, the court gave plaintiff 30 days to submit a certified copy of his trust account statement for the six-month period immediately preceding the filing of the complaint and warned him that failure to do so would result in a recommendation that this action be dismissed.

        The 30-day period has expired and plaintiff has not submitted a copy of his trust account statement for the six-month period immediately preceding the filing of the complaint or otherwise responded to that order.

        It therefore is RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written

1 objections with the court and serve a copy on all parties. Such a document should be captioned
2 "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections
3 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
4 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
5 Dated: November 19, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE