IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY EARL HISSONG,

      Plaintiff,                    No. CIV S-07-1903 MCE EFB P

   vs.

CALIFORNIA STATE, et al.,

      Defendants.            <u>ORDER</u>

                              /

       Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On November 20, 2007, the court found that plaintiff had failed to submit a copy of his trust account statement for the six-month period immediately preceding this filing of his complaint and recommended dismissal of the action. On November 29, 2007, plaintiff filed objections, stating that he is having difficulty obtaining his statement.

       Plaintiff has requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted an extension of time of 30 days from the date this order is served in which to file the required trust-account statement. Failure to do so will result in the November 20, 2007, findings and recommendations being submitted to the district judge; and

2. Plaintiff's December 12, 2007, motion for the appointment of counsel is denied.

Dated: December 18, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2